**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **JESUS FLORES-ELIZALDE,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-2239-KC** |
| | § | |
| **TODD BLANCHE et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

On this day, the Court considered Jesus Flores-Elizalde's Petition for a Writ of Habeas Corpus, ECF No. 1-1. This is Flores-Elizalde's third habeas petition in this Court. *See* Pet. ¶¶ 25–38, *Flores-Elizalde v. Bondi*, No. 3:26-cv-2044-KC (W.D. Tex. Aug. 3, 2026), ECF No. 1.; Pet. ¶¶ 25–38, *Flores-Elizalde v. Bondi*, No. 3:26-cv-621-KC (W.D. Tex. Mar. 4, 2026), ECF No. 3.

Flores-Elizalde was given a bond hearing on July 8, 2026, and was denied bond on the basis of "danger to the community." Resp. 2, *Flores-Elizalde v. Bondi*, No. 3:26-cv-2044-KC (W.D. Tex. Aug. 3, 2026), ECF No. 5.; *see id.* Ex. A ("IJ Order"), ECF No. 5-1.

When a petitioner has received an individualized custody determination, this Court lacks jurisdiction to sit in review of the IJ's discretionary finding that an alien is a flight risk or danger and therefore should be denied bond. *Lopez-Arevelo v. Ripa*, 801 F. Supp. 3d 668, 678–79 (W.D. Tex. 2025) (citation omitted). In other words, whether the Court agrees with the IJ's determination regarding Flores-Elizalde's dangerousness is of no importance—it simply lacks the power to review that determination.

Flores-Elizalde is also not subject to a final order of removal, which would trigger a new claim and different reasonableness standard for prolonged detention. *See generally* Pet.; *Zadvydas v. Davis*, 533 U.S. 678, 689–90 (2001). Thus, his Petition does not raise any viable claims at this time.

Accordingly, the Court **ORDERS** that the Petition, ECF No. 1-1, is **DISMISSED** without prejudice to refiling if any new claims accrue.

**IT IS FURTHER ORDERED** that the Motion to Proceed in Forma Pauperis, ECF No. 1, is **DENIED** as moot.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 2nd day of September, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE